```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**MERVIN AND YVETTE GLASS**  *  CIVIL ACTION
                             *
**VERSUS**                   *  NO. 08-2514
                             *
**STATE FARM FIRE AND CASUALTY COMPANY**  *  SECTION "B"(1)

<u>ORDER</u>

**IT IS ORDERED** that all claims against State Farm Fire and Casualty Company brought by **MERVIN AND YVETTE GLASS**, plaintiffs herein, by and are hereby **DISMISSED, WITH PREJUDICE**, with each party to bear their own costs of Court.

New Orleans, Louisiana, this 14th day of November, 2008.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE